OPINION — AG — THE DEPARTMENT OF WILDLIFE CONSERVATION IS AUTHORIZED IN THE EXERCISE OF ITS' OFFICIAL DISCRETION AND IF IT FINDS IT IS TO THE BEST INTEREST OF THE STATE, TO ENTER INTO CONTRACTS TO CONVEY TO THE NATIONAL FOREST SERVICE, FOR A VALID CONSIDERATION, LANDS OWNED BY THE DEPARTMENT OF WILDLIFE CONSERVATION. CITE: 80 O.S. 1961 1 [80-1], 80 O.S. 1961 6 [80-6], 29 O.S. 1961 106 [29-106](D), 29 O.S. 1961, 121-138 [29-121] — [29-138], OPINION NO. JULY 13, 1961 — WITHDRAWN — STAFFORD